984

No. 832, Misc. MITCHELL *v.* MINNESOTA. Sup. Ct. Minn. Certiorari denied. *John S. Connolly* for petitioner. *Robert W. Mattson,* Attorney General of Minnesota, for respondent.

No. 842, Misc. HALASZ *v.* BURKE, WARDEN. Sup. Ct. Wis. Certiorari denied.

No. 854, Misc. MORGAN *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Monroe H. Freedman* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 887, Misc. HARDY ET AL. *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Edward G. Howard* and *Carl V. Lyon* for petitioners. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 908, Misc. BURTON *v.* TARTAR, JUDGE. Ct. App. Ky. Certiorari denied.

No. 911, Misc. FAIR *v.* DISTRICT COURT OF APPEAL OF FLORIDA, SECOND DISTRICT. Sup. Ct. Fla. Certiorari denied.

No. 916, Misc. CALDWELL *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.